UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Jose L. Linares

        v.                             :    Crim. No. 09-637

LEONA BELDINI and              :    COMPLEX CASE ORDER
EDWARD CHEATAM


      This matter having been opened to the Court on the application of the United States of America (Assistant U.S. Attorney Sandra L. Moser appearing) for a complex-case order continuing the proceedings and excluding time from computation under the Speedy Trial Act of 1974; and the charges being the result of a lengthy investigation and the defendants needing sufficient time to review discovery, which includes the fruits of multiple multi-month wire taps, and to investigate the charges and file motions in this case; and the Court having found, in light of the above, that this case is so complex that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the time limits established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the case being complex, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such a complex-case order; and for good cause shown,

It is on this **10th** day of September, 2009,

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the period of discovery in this matter shall be continued until **Oct 13th**, 2009;

IT IS FURTHER ORDERED that a case management conference shall be held on **Oct 13rd**, 2009, at **11 AM**;

IT IS FURTHER ORDERED that a motion schedule and/or a schedule for further proceedings *including trial* will be set by the Court at that case management conference;

IT IS FURTHER ORDERED that the time period from the date of this order to the date of that case management conference shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE JOSE L. LINARES
United States District Judge