UNITED STATES DISTRICT COURT
                          DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :    Hon. Jose L. Linares
                                    :
          v.                        :    Criminal No. 09-637
                                    :
LEONA BELDINI and                   :
EDWARD CHEATAM                      :    **PROTECTIVE ORDER**


This application having been opened to the Court by the United States Attorney (Sandra L. Moser, Assistant U.S. Attorney, appearing) under Rule 16(d)(1) of the Federal Rules of Criminal Procedure for a protective order limiting the disclosure of: (a) recorded conversations of the defendants and others; (b) wire and electronic communications intercepted pursuant to 18 U.S.C. § 2510 et seq. (collectively, the "Recordings"); and (c) investigative agency reports (the "Reports"), and which have been or will be made available to counsel for defendants Leona Beldini (Brian J. Neary, Esq., appearing) and Edward Cheatam (John J. Collins, Esq., appearing), and defendants having objected thereto, and for good cause shown,

IT IS on this 11 day of September, 2009,

ORDERED that:

1. The Recordings and Reports and information contained in the Recordings and Reports shall not be disclosed to anyone other than defendants, defendants' counsel and any agent working at the direction of defense counsel

in this matter;

2. The Recordings and Reports and information contained in the Recordings and Reports, only will be used in the preparation of the defense in this case and notwithstanding the provisions of Paragraph 1, the defense shall be permitted to review, with prospective witnesses and their counsel, all materials referenced in Paragraph 1 to the extent necessary to prepare the defense;

3. Notwithstanding any other provision, the defense shall be permitted to disclose any materials provided in Paragraph 1 in connection with the filing of the defendant's motions with the Court, or for use at trial, subject to Fed. R. Crim. P. 41.1; and

4. If there is a need prior to trial or during trial to disclose the Recordings and Reports or information contained in the Recordings and Reports, beyond that permitted by this Order, then the defendant will make an application to the Court upon notice to the government, requesting authorization.

HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

Accepted and Acknowledged:

    ACTING UNITED STATES ATTORNEY
    RALPH J. MARRA, JR.


    /s/ Sandra L. Moser
BY:  _____
    SANDRA L. MOSER
    Assistant U.S. Attorney